**Order entered February 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01611-CR
No. 05-14-01612-CR

**ROBERT EARL MARZETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. MC14-R0008-D, MC14-R0009-D**

## ORDER

On January 12, 2015, this Court notified the trial court by letter that none of the boxes is marked on the certifications of appellant's right to appeal contained in the clerk's records in these cases. We asked the trial court to prepare completed certifications that accurately reflect the trial court proceedings and to file them with this Court within ten days. To date, we have not received completed certifications. The trial court is required to prepare a certification of appellant's right to appeal in every case in which the defendant is the appellant. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

Accordingly, we **ORDER** the trial court to prepare and file with this Court, within **TEN DAYS** of the date of this order, a completed certification of appellant's right to appeal for each of these cases.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Kristen Wade, Presiding Judge, County Criminal Court of Appeals No. 1, and to the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Robert Marzett, 9720 Coit Road, No. 220-116, Plano, Texas 75025.

/s/ ADA BROWN
PRESIDING JUSTICE